AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

**UNDER SEAL**

FILED MAR 27 2015

| | |
|---|---|
| United States of America <br> v. <br> MUSADDIQ ISHAQ <br> *Defendant(s)* | Case No. 1:15MJ173 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 2014 to on or about Jan. 2015** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1029(a)(2) and (b)(2) | The defendant knowingly and with intent to defraud, conspired to traffic in and use one or more unauthorized access devices during a one-year period, and by such conduct obtained things of value aggregating $1,000 or more during that period, said conduct affecting interstate commerce. |

This criminal complaint is based on these facts:
(See attached affidavit.)

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Gene Rossi / John Taddei

*Complainant's signature*
Gershon Ross, Special Agent,
Department of Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/27/2015

City and state: Alexandria, VA

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*
Honorable Michael S. Nachmanoff
U.S. Magistrate Judge
*Printed name and title*